**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 09-51420-399 |
| **ROKAS VARANAVICIUS** | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **J AND J HOME BUILDERS, INC.** | ) | |
| | ) | |
| -v-    **Plaintiff** | ) | |
| | ) | |
| **ROKAS VARANAVICIUS** | ) | Adv. No. 10-4166-659 |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED TO MOTION FOR EXTENSION

COMES NOW Plaintiff, J and J Home Builders, Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, Dennis J. Barton III and the Barton Law Group, LLC, and for its Agreed to Motion for Extension, states as follows:

1. On March 23, 2010, this Court issued an order setting this case for trial on June 2, 2010, and for discovery to be completed on or before May 19, 2010. (Doc. #5).

2. On April 22, 2010, Defendant filed a Motion to Dismiss. (Doc. #11).

3. The parties agree to respectfully request this Court to extend all scheduled dates in this case, including but not limited to the trial date and discovery deadline.

4. The parties agree to request that the discovery deadline be changed to sixty (60) days after the Court rules on Defendant's Motion to Dismiss.

5. The parties further agree to request that a new trial date be scheduled for at least fourteen (14) days following the expiration of the newly extended discovery deadline requested in ¶ 4, supra.

WHEREFORE, Plaintiff, J AND J HOME BUILDERS, INC., respectfully requests that this Court grant its Agreed to Motion for Extension and for all other relief this Court deems just and proper.

J AND J HOME BUILDERS, INC.

by:    _s/ Dennis J. Barton III_____

Dennis J. Barton III #510935
9109 Watson Road
St. Louis, MO 63126
Phone: 314-222-6060
dbarton@bartonlawllc.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2010, I electronically filed the with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Michael A. Kasperek
Gusdorf Law Firm, LLC
225 S. Meramec, Ste. 1220
Saint Louis, Missouri 63105
(314) 721-3230
(314) 721-4113 FAX
mkasperek@attystl.com
Attorney for Defendant

Michael Blotevogel
Armbruster, Dripps, Winterscheidt & Blotevogel, LLC
219 Piasa Street
P.O. Box 8338
Alton, IL 62002
(618) 208-0320
Toll Free (800) 917-1529
Fax (800) 927-1529
E-mail mikeb@adwblaw.com
Attorney for Plaintiff

                                                  s/_Dennis J. Barton III_____